**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No.  12-MJ-00139-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. ELVIS FLORES-GONZALEZ**
**2. BOBBI MARIE YBARBO-VILLICANA,**

**Defendant.**

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

At the request of the Deputy U. S. Marshal and due to a conflict with a transport schedule, the parties were conferred with and agree to a rescheduling of the Arraignment and Discovery Conference in this matter, therefore;

**IT IS HEREBY ORDERED** that the Arraignment and Discovery Conference set for August 1, 2012 at 9:00 a.m. is **VACATED** and **RESCHEDULED for July 31, 2012 at 4:00 p.m.** before the Magistrate Judge in Durango, Colorado.

**DATED: July 17, 2012.**

                                        **BY THE COURT:**

                                        **s/David L. West**
                                        **United States Magistrate Judge**

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No.  12-MJ-00139-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. ELVIS FLORES-GONZALEZ**
**2. BOBBI MARIE YBARBO-VILLICANA,**

**Defendant.**

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

At the request of the Deputy U. S. Marshal and due to a conflict with a transport schedule, the parties were conferred with and agree to a rescheduling of the Arraignment and Discovery Conference in this matter, therefore;

**IT IS HEREBY ORDERED** that the Arraignment and Discovery Conference set for August 1, 2012 at 9:00 a.m. is **VACATED** and **RESCHEDULED for July 31, 2012 at 4:00 p.m.** before the Magistrate Judge in Durango, Colorado.

**DATED: July 17, 2012.**

BY THE COURT:

s/David L. West
**United States Magistrate Judge**

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No.  12-MJ-00139-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. ELVIS FLORES-GONZALEZ**
**2. BOBBI MARIE YBARBO-VILLICANA,**

**Defendant.**

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

At the request of the Deputy U. S. Marshal and due to a conflict with a transport schedule, the parties were conferred with and agree to a rescheduling of the Arraignment and Discovery Conference in this matter, therefore;

**IT IS HEREBY ORDERED** that the Arraignment and Discovery Conference set for August 1, 2012 at 9:00 a.m. is **VACATED** and **RESCHEDULED for July 31, 2012 at 4:00 p.m.** before the Magistrate Judge in Durango, Colorado.

**DATED: July 17, 2012.**

**BY THE COURT:**

**s/David L. West**
**United States Magistrate Judge**

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No.  12-MJ-00139-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. ELVIS FLORES-GONZALEZ
2. BOBBI MARIE YBARBO-VILLICANA,**

**Defendant.**

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

At the request of the Deputy U. S. Marshal and due to a conflict with a transport schedule, the parties were conferred with and agree to a rescheduling of the Arraignment and Discovery Conference in this matter, therefore;

**IT IS HEREBY ORDERED** that the Arraignment and Discovery Conference set for August 1, 2012 at 9:00 a.m. is **VACATED** and **RESCHEDULED for July 31, 2012 at 4:00 p.m.** before the Magistrate Judge in Durango, Colorado.

**DATED: July 17, 2012.**

BY THE COURT:

**s/David L. West**
**United States Magistrate Judge**